## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Agueda Cereceda

Debtor

Chapter 13 No.    12-02486

Judge    Donald R. Cassling

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 12, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

## Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on October 12, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2234

**SERVICE LIST**

Agueda Cereceda
10532 S Avenue N
Chicago, IL 60617

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Daniel Gonzalez
Gonzalez Law Group, P.C.
1904 S. Cicero, Ste 1
Cicero, IL 60804